Nos. 2024-2009, -2019, -2156

# United States Court of Appeals for the Federal Circuit

REGENERON PHARMACEUTICALS, INC.,

*Plaintiff-Appellee,*

v.

MYLAN PHARMACEUTICALS INC., AMGEN USA, INC., BIOCON BIOLOGICS INC., CELLTRION, INC., SAMSUNG BIOEPIS CO., LTD., AMGEN INC.

*Defendants*

FORMYCON AG,

*Defendant-Appellant.*

Appeals from the United States District Court for the Northern District of West Virginia in Nos. 1:22-cv-0006l-TSK-JPM, 1:23-cv-00089-TSK-JPM, 1:23-cv-00094-TSK-JPM, 1:23-cv-00097-TSK-JPM, 1:23-cv-00106-TSK-JPM, 1:24-cv-00039-TSK-JPM, 1:24-cv-00053-TSK, and 1:24-md-03103-TSK-JPM, Chief Judge Thomas S. Kleeh.

## APPELLANT'S NOTICE OF CORRECTION TO OPENING BRIEF

Nitika Gupta Fiorella
Robert M. Oakes
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
ngupta@fr.com
oakes@fr.com

Louis E. Fogel
Shaun M. Van Horn
Sarah Jack
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
(612) 335-5070
fogel@fr.com
vanhorn@fr.com
jack@fr.com

*Attorneys for Defendant-Appellant Formycon AG*

Pursuant to Rule 25(i) of the Rules of the United States Court of Appeals for the Federal Circuit, Appellant Formycon AG respectfully provides this Notice of Correction contemporaneously with its Corrected Opening Brief.

On August 13, 2024, this Court granted Appellant Formycon AG's motion to consolidate Appeal Nos. 24-2009 and 24-2019, with 24-2156 (ECF No. 24). Formycon filed its opening brief on July 18, 2024. Formycon has re-captioned its opening brief to reflect the revised official caption and changed the date to August 14, 2024, without making any other changes.

Dated:  August 14, 2024                           Respectfully submitted,

/s/     Louis Fogel
Louis E. Fogel
Shaun M. Van Horn
Sarah Jack
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
(612) 335-5070
fogel@fr.com
vanhorn@fr.com
jack@fr.com

Nitika Gupta Fiorella
Robert M. Oakes
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
ngupta@fr.com
oakes@fr.com

*Attorneys for Plaintiff-Appellant Formycon AG*

## **CERTIFICATE OF SERVICE AND FILING**

I certify that on August 14, 2024, I electronically filed the foregoing Appellant's Notice of Correction using the Court's CM/ECF filing system. Counsel for Regeneron Pharmaceuticals, Inc. were electronically served by and through the Court's CM/ECF filing system per Fed. R. Civ. P. 25 and Fed. Cir. R. 25(e).

/s/ Louis Fogel
Louis Fogel